LUNSFORD DOLE PHILLIPS #4407
500 Ala Moana Blvd., Suite 7400 Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordphillips@icloud.com Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL PERIUS<br>    Plaintiff,<br>vs.<br><br>ALOHA PETROLEUM, LTD.;<br>GENERAL PARTNERS OF ITM,<br>LLC       Defendants | CIVIL NO. 22-00021 SOM-WRP<br><br>STIPULATION FOR DISMISSAL<br>WITHOUT PREJUDICE OF GENERAL<br>PARTNERS OF ITM, LLC |

STIPULATION FOR DISMISSAL

Plaintiff MICHAEL PERIUS, through his undersigned counsel, pursuant to F. R. Civ. P. 41(a)(1)(A) and Local Rule 41.1 seeks dismissal of GENERAL PARTNERS OF ITM, LLC as follows:

1. The dismissal is without prejudice.

2. No fees or costs are sought.

3. The claims against Defendant ALOHA PETROLEUM, LTD. made in the Second Amended Complaint remain to be adjudicated.

4. Defendant GENERAL PARTNERS OF ITM, LLC has not been served and has not filed any responsive pleading.

5. All parties who have appeared in this action have signed this stipulation.

DATED: Honolulu, Hawaii, October 12, 2022

/s/L. Phillips; Plaintiff Perius' Counsel  /s/A. Holden; Aloha Petroleum's Counsel

APPROVED AS TO FORM: _____  Hon. Susan O. Mollway
                                                                                District Judge
                                                                                ,U.S. District Court